Ali SWINTON, Plaintiff–Appellant,

v.

Ms. Bettye GUM; Ms. Desiree Allen, Defendants–Appellees.

No. 13–1892.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 23, 2013.

Ali Swinton, Appellant Pro Se. Frank Barnwell McMaster, Tompkins & McMaster, Columbia, South Carolina, for Appellees.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ali Swinton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Swinton v. Gum,* No. 3:12–cv–01587–CMC, 2013 WL 3197077 (D.S.C. June 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*